**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **RODOLFO BRANCH,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | **CASE NO. 7:12-CV-57 (HL)** |
| : | |
| **ERIC HOLDER, et al,** : | |
| : | |
| Defendants : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 11) filed October 5, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 30th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**